IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| DARRYL JOHNSON, | ) | C/R No.: 2:08-930 |
| | ) | C/A No.: 2:14-CV-235 DCN |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court upon the motion by United States of America, to hold petitioner's motion pursuant to 28 U.S.C. §2255 in abeyance. The motion was filed on May 22, 2014.

**IT IS THEREFORE ORDERED,** that the motion to hold petitioner's motion pursuant to 28 U.S.C. §2255 in abeyance is **GRANTED**. This case will be held in abeyance until the Fourth Circuit Court of Appeals issues an order on the motion for rehearing *en banc* in Whiteside v. United States, __F.3d__, 2014 WL 1364019 (4th Cir. April 8, 2014).

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

May 29, 2014
Charleston, South Carolina